

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2013

No. 04-13-00088-CV

**R&RC, LLC** and Ramiro C. Ramirez,
Appellants

v.

**BEXAR TRADING COMPANY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-20550
Honorable Barbara Hanson Nellermoe, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, appellee's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against appellants.

It is so **ORDERED** on September 18, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2013.

_____
Keith E. Hottle, Clerk